IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ODYSSEY REINSURANCE COMPANY f/k/a ODYSSEY AMERICA REINSURANCE CORPORATION**<br><br>**Plaintiff,**<br><br>v.<br><br>**CAL-REGENT INSURANCE SERVICES CORPORATION**<br><br>**Defendant.** | Civil Action No. 3:14-cv-458-VAB |

## ORDER

The Court, having considered the Consent Motion for Supplemental Judgment for Prejudgment Interest and Attorneys' Fees, it is hereby granted. A supplemental judgment, in addition to the October 15, 2015, judgment of $2,740,802.61 shall enter in the amount of $459,197.39. Per the parties' stipulation, the October 15, 2015, judgment and the supplemental judgment shall be final and non-appealable. The Clerk is directed to enter a supplemental judgment consistent with this Order.

                                        /s/ Victor A. Bolden
                                        **Hon. Victor A. Bolden**